# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-00121 JAK (Ex) | Date | June 7, 2011 |
|---|---|---|---|
| Title | Amos Cannon v. New Century Mortgage Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED FOR FAILURE TO PLEAD FEDERAL QUESTION OR DIVERSITY JURISDICTION**

**DEFENDANT OCWEN LOAN SERVICING LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [18] TAKEN OFF CALENDAR PENDING ORDER TO SHOW CAUSE**

The Court issues an order to show cause for July 5, 2011, with respect to whether the Court should remand this action to the Superior Court for lack of subject matter jurisdiction. On March 2, 2011, the Court (Fairbank, J.) dismissed, with leave to amend, Plaintiff's claim based on an alleged violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961. On March 22, 2011, Plaintiff filed his First Amended Complaint in which no RICO or other federal claim is advanced and no other basis for federal jurisdiction is alleged. This presence of the RICO cause of action in the original complaint was the basis for its removal to this court. (Notice of Removal, Docket No. 1 (Jan. 11, 2011).) On or before June 15, 2011, the parties are to submit any memoranda, not to exceed three pages, with respect to whether this Court has jurisdiction over this matter given the claims advanced in the First Amended Complaint and whether the matter should be remanded to the Superior Court. Upon receiving these memoranda, the Court will determine whether a hearing on any issue raised is required or if the matter can be addressed by the Court without a hearing. Thus, as of this time, no appearances are required at the July 5, 2011, Order to Show Cause.

In light of this Order to Show Cause, Defendant Ocwen Loan Servicing LLC's Motion to Dismiss Plaintiff's First Amended Complaint is taken off calendar.

_____ : _____

Initials of Preparer   ak